IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Andres Leroy Glenn, ) | C/A NO. 3:13-1410-CMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| Marvin Glover, Bernade Jones, and ) | |
| Kesha Willaimson, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on Plaintiff's *pro se* motion for copies. ECF No. 25. Plaintiff's motion for copies indicates he seeks copies "to prepare for his case." Mot. at 1. This matter was closed July 22, 2013, and on October 9, 2013, the court denied an identical motion. *See* ECF No. 23.

This matter is closed. Further unwarranted and frivolous filings in this case may result in the court's entry of an order for sanctions in this matter. Accordingly, as there is nothing to "prepare" in this matter, Plaintiff's motion for copies is **denied**.

**IT IS SO ORDERED.**

s/ Cameron McGowan Currie  
CAMERON MCGOWAN CURRIE  
SENIOR UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
October 22, 2013

1